# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| In re:    JAMEKA ASHANTI RISPER | Chapter 13<br>Case No.: 22-72029-FJS |
| Debtor | |

## ORDER SETTLING MOTION TO DISMISS

**THIS MATTER CAME** to be heard upon the Motion to Dismiss filed by Gregory D. Stefan, Chapter 13 Standing Trustee. Upon representation of the parties that the matter has been **Settled**, it is hereby **ORDERED** that the Debtor is to resume regular plan payments in August 2023.

**ORDERED** that the Debtor is to cure arrears of $1,640.00 through July 2023 by making an additional payment of $328.00 certified funds for 5 months beginning September 2023 through January 2024, and must keep all future regular plan payments current.

It is **FURTHER ORDERED** that if the Debtor fails to comply with this Order, the Trustee may file an Order of Dismissal without further notice or hearing of this Court.

**Date Entered:** Aug 14 2023

/s/ Frank J Santoro
**Judge**

Entered On Docket: Aug 14 2023

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Gregory D. Stefan
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA  23320
(757) 961-3000

I ASK FOR THIS:

/s/ Warren A. Uthe, Jr., Esq.
_____

Warren A. Uthe, Jr. Esq.
Counsel for
Gregory D. Stefan
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

AGREED:

/s/ John Bollinger
_____

Boleman Law Firm Pc
272 Bendix Road
Suite 330
Virginia Beach, VA, 23452
(757) 313-3000

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Gregory D. Stefan
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA  23320
(757) 961-3000

## LOCAL RULE 9022-1(C) CERTIFICATION

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).


/s/ Warren A. Uthe, Jr., Esq.
_____

Warren A. Uthe, Jr. Esq.
Counsel for
Gregory D. Stefan
Chapter 13 Standing Trustee

Parties to receive copies:

JAMEKA ASHANTI RISPER
2562 REAGAN AVE
VIRGINIA BEACH, VA 23454

John Bollinger
272 BENDIX ROAD
SUITE 330
VIRGINIA BEACH, VA 23452


Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Gregory D. Stefan
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA  23320
(757) 961-3000